SWAIN & DIPOLITO LLP
FRANK X. DIPOLITO (137157)
JOHN G. NURSALL (134392)
555 East Ocean Boulevard, Suite 400
Long Beach, California 90802-5051
Telephone: (562) 983-7833
Facsimile: (562) 983-7835

Attorneys for Defendant, Cross-Defendant and Cross-Claimant
ST. GEORGE WAREHOUSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., a foreign corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PACTRANS INTERNATIONAL PTE LTD., an entity of unknown form; ST. GEORGE WAREHOUSE, INC., a corporation; ST. GEORGE WAREHOUSE, INC., a corporation, dba ST. GEORGE WAREHOUSE OF OAKLAND; and DOE ONE through DOE TEN; <br><br> Defendants. <br><br> AND RELATED CLAIMS | Case No. C 05-2928 SI <br><br> Honorable Susan Illston <br><br> REQUEST TO PARTICIPATE IN CASES MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER <br><br> Civil L.R. 16-10 (a) <br><br> Date: November 18, 2005 <br> Time: 2:00 p.m. <br> Crtm: 10 |

Frank X. Dipolito, attorney for Defendant, Cross-defendant and Cross-claimant, St. George Warehouse, Inc. respectfully requests this Court's permission to attend the November 18, 2005, Case Management Conference by telephone. This request is made pursuant to Civil L.R. 16-10 (a).

///

///

- 1 -

Request to Participate in Case Management Conference by Telephone; [Proposed] Order

1  This request is made because Frank X. Dipolito's office is
2  located in Long Beach, California.  Being able to participate by
3  telephone would save time and expense.

4  DATED:   November 11, 2005         SWAIN & DIPOLITO LLP

6                                     By: _____
7                                         FRANK X. DIPOLITO
                                           Attorneys for Defendant,
                                           Cross-Defendant and
8                                          Cross-Claimant
                                           ST. GEORGE WAREHOUSE, INC.

10                                    ORDER

11     IT IS ORDERED that Frank X. Dipolito's Request to
12  Participate in Case Management Conference by Telephone is hereby
13  granted.

15  DATED:_____

17  Submitted on the 11th day of
    November, 2005, by:

19  SWAIN & DIPOLITO LLP

21  Frank X. Dipolito, Esq.

*IT IS SO ORDERED*
Judge Susan Illston