IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOMPO JAPAN INS. INC.,

          Plaintiff,

  v.

PACTRANS INTERNATIONAL,

          Defendant.
                                 /

No. C 05-02928 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 3, 2006</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>July 7, 2006</u>.

DESIGNATION OF EXPERTS: <u>7/24/06</u>; REBUTTAL: <u>8/8/06</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>August 30, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 21, 2006</u>;

   Opp. Due <u>August 4, 2006</u>;  Reply Due <u>August 11, 2006</u>;

   and set for hearing no later than <u>August 25, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 26, 2006</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>October 10, 2006</u> at <u>8:30 AM.</u>,
   Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be <u>six</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Plaintiff will prepare a protective order and produce it's initial disclosures by the end of November 2005.

The parties have agreed to participate in private mediation with Matthew Vafidis on or before February 28, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/28/05

                                                      */s/ Susan Illston*
                                                      SUSAN ILLSTON
                                                      United States District Judge