IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOMPO JAPAN INS. INC.,

        Plaintiff,

  v.

PACTRANS INTERNATIONAL,

        Defendant.
                                /

No. C 05-02928 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 3006.

DESIGNATION OF EXPERTS: 11/1/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by September 1, 2006;

    Opp. Due September 15, 2006; Reply Due September 22, 2006;

    and set for hearing no later than October 6, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 2, 2007 at 3:30 PM.

COURT TRIAL DATE: January 16, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be six days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the litigation schedule as indicated above.

The parties shall complete a follow-up mediation session by mid November 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/5/06

                                            _Susan Illston_
                                            SUSAN ILLSTON
                                            United States District Judge