1    STANLEY L. GIBSON (047882)
     GIBSON ROBB & LINDH LLP
2    100 First Street, 27th Floor
     San Francisco, California 94105
3    Telephone: (415) 348-6000
     Facsimile: (415) 348-6001
4

5    Attorneys for Plaintiff
     SOMPO JAPAN INSURANCE, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11   SOMPO JAPAN INSURANCE, INC., a        )   Case No. C 05-2928 SI
     foreign corporation;                  )
12                                         )   NOTICE OF SETTLEMENT AND REQUEST
                      Plaintiff,           )   FOR CONDITIONAL DISMISSAL WITH
13                                         )   PREJUDICE AND [PROPOSED] ORDER
                                           )
14         v.                              )
                                           )
15   PACTRANS INTERNATIONAL PTE            )
     LTD., an entity of unknown form; ST.  )
16   GEORGE WAREHOUSE, INC., a             )
     corporation; ST. GEORGE WAREHOUSE,    )
17   INC., a corporation, d.b.a. ST. GEORGE )
     WAREHOUSE OF OAKLAND; and DOE         )
18   ONE through DOE TEN;                  )
                                           )
19                    Defendants.          )
                                           )
20   _____)
                                           )
21   AND ALL RELATED CROSS ACTIONS         )
                                           )
22   _____)

23         Plaintiff's counsel is pleased to report that all parties agreed to a complete settlement at

24   mediation today. All that remains to be done to conclude the settlement is the exchange of

25   releases and settlement funds. Accordingly, on behalf of and with authorization from all parties

26   and their counsel, plaintiff requests that the motions for summary judgment/adjudication

27   scheduled to be heard on Friday, October 20, 2006, at 9:00 a.m., be taken off calendar and that

28   this action be conditionally dismissed with prejudice, provided however that if within 90 days of

1  the entry of this order any party files notice with the Court and serves such notice on the

2  opposing parties that the terms of this settlement have not been met, that this case will be

3  restored to the Court's trial calendar.

4

5  Dated: October 18, 2006                    GIBSON ROBB & LINDH LLP

6

7                                             By:         S/ STANLEY L. GIBSON
                                                          Stanley L. Gibson
8                                                         Attorneys for Plaintiff
                                                 SOMPO JAPAN INSURANCE, INC.
9

10 IT IS SO ORDERED.

11 Dated: October      , 2006

12                                             United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28